UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH PLOTKIN, | ) | NO. CV 14-04065-GHK (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Defendant's Cross-Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant.

DATED: 01/04/2016

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE